FILED BY ___ D.C.

05 AUG -4 PM 3: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MILDRED JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE No: 2:01-cv-02921-BBD-dkv |
| ) | |
| AMERICAN HOME PRODUCTS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered Leila H. Watson's Motion to Appear *Pro Hac Vice*, this Court finds that it is due to be granted. Accordingly, Attorney Leila H. Watson is hereby specially admitted to appear as co-counsel for Plaintiff Mildred Jones in this case.

Done and ordered, adjudged and decreed, this 3rd day of August, 2005.

[signature]

cc:   Counsel of Record

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-5-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:01-CV-02921 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Charles O. McPherson
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

James J. McGovern
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1330 Lady Street
3rd Floor
Columbia, SC 29201

Paul R. Leitner
LEITNER WILLIAMS DOOLEY NAPOLITAN PLLC
801 Broad Street
3rd Fl.
Chattanooga, TN 37402

Michael W. Hogue
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1330 Lady Street
3rd Floor
Columbia, SC 29201

David E. Dukes
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1330 Lady Street
3rd Floor
Columbia, SC 29201

Lee L. Coleman
HUGHES & COLEMAN
444 James Robertson Pkwy
Ste. 201
Nashville, TN 37219

Leila H. Watson
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Ave
Birmingham, AL 35202

Stephen G. Morrison
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1330 Lady Street
3rd Floor
Columbia, SC 29201

Honorable Bernice Donald
US DISTRICT COURT