FILED BY _____ D.C.

05 DEC 19  AM 6: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FREDDIE AND BRENDA JENKINS as Parents )
And next friend of Christopher Jenkins, A )
Minor )
           )
       Plaintiff, )
           )
v. )      No. 01-2921 D/V
           )
AMERICAN HOME PRODUCTS CORP; )     JURY DEMAND
WHITEHALL-ROBINS HEALTHCARE, )
INC., )
           )
       Defendants. )

## ORDER TRANSFERRING THIS CASE TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE, NORTHEASTERN DIVISION

This matter came on to be heard by the Court on August 3, 2005, at which time the

parties appeared before United States District Judge Bernice B. Donald for a status conference

involving this case and two other cases which were originally filed in the same Complaint, and

which originally bore the Docket No. of 2:01-cv-2921. The parties, through counsel, notified the

Court that the three cases needed to be severed and given different numbers, and the Court

ordered that that be done and that an Order severing the cases for trial be entered.

This matter is now before the Court on the Joint Motion to Transfer Venue to the United

States District Court for the Eastern District of Tennessee Northeastern Division at Greeneville,

and it appearing to be undisputed that at the time of the alleged injury, plaintiffs were residents

of Carter County, Tennessee, and that medical care and treatment related to the plaintiff's alleged

injury were obtained in Washington County and Carter County, Tennessee, and it appearing

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

23

appropriate to transfer this case to the Eastern District of Tennessee, Northeastern Division, the

Joint Motion to Transfer Venue filed by the parties is hereby GRANTED. The Clerk of this

Court is directed to send this case to the Clerk of the District Court for the Eastern District of

Tennessee, Northeastern Division at Greeneville for docketing.


ENTER:

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE


APPROVED FOR ENTRY:

CORY, WATSON, CROWDER & DEGARIS
and HUGHES & COLEMAN

By: *Leila H. Watson by Paul R. Leitner, with permission*
Leila H. Watson (ASB-3023-S74L)
2131 Magnolia Avenue
Birmingham, AL 35205


NELSON, MULLINS RILEY & SCARBOROUGH, LLP
And LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

By: *Paul R. Leitner*
Paul R. Leitner, BPR#1682
Cherie D. Jewell, BPR#20835
801 Broad Street, Third Floor
Chattanooga, TN 37402
423/265-0214
423/266-5490

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:01-CV-02921 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

David E. Dukes
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1330 Lady Street
3rd Floor
Columbia, SC 29201

Lee L. Coleman
HUGHES & COLEMAN
444 James Robertson Pkwy
Ste. 201
Nashville, TN 37219

Stephen G. Morrison
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1330 Lady Street
3rd Floor
Columbia, SC 29201

Charles O. McPherson
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Paul R. Leitner
LEITNER WILLIAMS DOOLEY NAPOLITAN PLLC
801 Broad Street
3rd Fl.
Chattanooga, TN 37402

Leila H. Watson
CORY WATSON CROWDER & DeGARIS, P.C.
2131 Magnolia Ave.
Birmingham, AL 35205

James J. McGovern
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1330 Lady Street
3rd Floor
Columbia, SC 29201

Michael W. Hogue
NELSON MULLINS RILEY & SCARBOROUGH, LLP
1330 Lady Street
3rd Floor
Columbia, SC 29201

Honorable Bernice Donald
US DISTRICT COURT